**Rod Danielson**
**Chapter 13 Trustee**
**3787 University Avenue**
**Riverside, CA 92501**
**Tel.: (951) 826-8000**
**Fax: (951) 826-8090**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: <br><br> DAMIAN ESTEVEN RUIZ <br><br> Debtor(s). | Case No.: 6:15-bk-18665-SY <br><br> DECLARATION IN SUPPORT OF MOTION TO DISMISS |

    1. On 10/6/2020, the Debtor(s) and Debtor(s) Counsel (if any) were served with the Notice of Motion and Verified Motion for Order Dismissing Chapter 13 Proceedings for material default under the plan. The records of the Trustee reflect that the debtor remains $1,155.00 delinquent.

    2. The Debtor(s) has not served the Trustee with an opposition to the Motion within the time allowed by Local Bankruptcy Rule 9013-1(o), or has otherwise failed to comply with L.B.R. 9013-1, or L.B.R. 3015-1(w) provisions governing responses to motions to dismiss.

Subscribed and sworn to under the penalty of perjury on 10/28/2020, at Riverside, California.

Dated: 10/28/2020

                                                         Rod Danielson, Chapter 13 Trustee

| | |
|---|---|
| In re: **DAMIAN ESTEVEN RUIZ** | **Chapter: 13** |
| Debtor(s) | Case Number: **6:15-bk-18665-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

The foregoing document described **DECLARATION IN SUPPORT OF MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/28/2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

linda@saunderslawoffice.com

☐ Service Information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 10/28/2020 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

DAMIAN ESTEVEN RUIZ
30205 VIA DEL FIERRO
MENIFEE, CA  92584

☐ Service Information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/28/2020 | Tony Ho | |
|---|---|---|
| Date | Type Name | |

FG:156 - 10/28/2020 - TH