United States Bankruptcy Court

Central District of California

In re:                                                                                          Case No. 15-18665-SY
Damian Esteven Ruiz                                                                  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0973-6    User: smasonC                                                        Page 1 of 2
Date Rcvd: Dec 02, 2020    Form ID: pdf042                                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Damian Esteven Ruiz, 30205 Via Del Fierro, Menifee, CA 92584-8996 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2020                              Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kussmaul | on behalf of Creditor NATIONSTAR MORTGAGE LLC Andrew.Kussmaul@Bonialpc.com |
| Andrew Kussmaul | on behalf of Creditor Nationstar Mortgage LLC Andrew.Kussmaul@Bonialpc.com |
| Avi Schild | on behalf of Creditor Atlas Acquisitions LLC bk@atlasacq.com |
| Dane W Exnowski | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| Dane W Exnowski | on behalf of Creditor Nationstar Mortgage LLC dane.exnowski@mccalla.com bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |

| District/off: 0973-6 | User: smasonC | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 02, 2020 | Form ID: pdf042 | Total Noticed: 1 |

Gary S Saunders
    on behalf of Debtor Damian Esteven Ruiz Linda@saunderslawoffice.com Gary@saunderslawoffice.com;Trang@saunderslawoffice.com

John D Schlotter
    on behalf of Creditor NATIONSTAR MORTGAGE LLC john.schlotter@mrpllc.com mccallaecf@ecf.courtdrive.com

Ramesh Singh
    on behalf of Interested Party Recovery Management Systems Corporation claims@recoverycorp.com

Reilly D Wilkinson
    on behalf of Creditor Ajax Mortgage Loan Trust 2020-D Mortgage-Backed Securities, Series 2020-D, by U.S. Bank National Association, as Indenture Trustee, its successors and/or assignees rwilkinson@scheerlawgroup.com

Rod Danielson (TR)
    notice-efile@rodan13.com

Shanita L Washington
    on behalf of Creditor Nationstar Mortgage LLC PCN-PPFN.Inquires@nationstarmail.com

United States Trustee (RS)
    ustpregion16.rs.ecf@usdoj.gov

TOTAL: 12

Rod Danielson Chapter 13 Trustee
3787 University Avenue
Riverside CA 92501
(951) 826-8000 Fax (951) 826-8090

**FILED & ENTERED**

**DEC 02 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Mason    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DAMIAN ESTEVEN RUIZ<br><br><br><br><br><br>Debtor. | Case No. 6:15-bk-18665-SY<br><br>Chapter 13<br><br>**ORDER DISMISSING CHAPTER 13 CASE**<br><br>(No hearing required) |

The trustee's Motion for Order Dismissing Chapter 13 Proceeding (Delinquency) (the "Motion") was served and filed on October 6, 2020 at docket #88. There being no timely opposition to the Motion filed, and the debtor having failed to cure the default as evidenced by the trustee's declaration in support of the Motion filed October 28, 2020, and good cause appearing:

///
///
///

**IT IS ORDERED** that the Motion is GRANTED and the above-captioned case is DISMISSED without prejudice.

### 

Date: December 2, 2020

Scott H. Yun
United States Bankruptcy Judge